In The Court of Criminal Appeals
At Austin, Travis County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 11 2015
Abel Acosta, Clerk

12,375-23

Ex Parte:
Herbert Feist
   Applicant.

Case No. _____

MOTION DENIED
DATE: 3-10-15
BY: PG

Motion For Leave
To File Application For Writ of Habeas
Corpus Directly To Court, Or In The
Alterterive Order Directing Trial
Court To Entertain Writs

To The Honorable Justices:

   Comes Now, Applicant in the Above
Said cause of Action, who makes and
files this his Above Said Motion, who
respectfully moves this Honorable Court
for an order in regards to Cause
No's. 36429, And 36678, Never heard,
Unauthorize Use of Motor Vehicle, And
Robbery, 5 yrs, in 1978.

            I.

   Trial Court Keep falsely Alleging
I Am filing under Cause No.
39295, An 1981 Aggravated Robbery,
they need to prove it, before
sancations be Applied. Since
their claim is I filed M, N, And

—1—

O, writs, which is false.

Wherefore, Premises Considered Appellant prays same be Granted.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of the foregoing by U.S. postage pre paied mail to District Court, District Attorney of Jefferson County, 1001 Pearl St., Beaumont, Tx. 77701, on this 3rd day of February 2015

Respectfully,
s/ Herbert Feist
Herbert Feist 18805
Jefferson County Jail
3030 Hwy 69 South
Beaumont, Tx. 77705

—2—

# In The Court of Criminal Appeals
## At Austin, Texas

Ex Parte: Herbert Feist

From: Jefferson County Texas

Judge: John Stevens

Trial Cause No. 39295,
Improper

Proper Cause 36429 And
36678

Attachments



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

January 29, 2015

Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, TX 77705

RE: Your enclosed correspondence

Dear Mr. Feist:

The Court has received your recent correspondence. There is nothing pending in the Court of Criminal Appeals on your behalf. We are therefore returning the enclosed correspondence for your convenience.

If you have any further questions or concerns, please direct them to the **District Clerk** in the county where you were convicted.

Sincerely,

Abel Acosta, Clerk

AA/vj
Enclosure

*Further proof of the writs cause No. I filed, on this Mandamus*

*I, have not filed on cause No. 39295, in tr. ct*

CHIEF JUSTICE
STEVE MCKEITHEN

JUSTICES
CHARLES KREGER
HOLLIS HORTON
LEANNE JOHNSON

Court of Appeals
State of Texas
Ninth District

CLERK
CAROL ANNE HARLEY

OFFICE
SUITE 330
1001 PEARL ST.
BEAUMONT, TEXAS 77701
409/835-8402  FAX 409/835-8497
WWW.TXCOURTS.GOV/9THCOA.ASPX

January 21, 2015

Herbert Feist
#18805
Jefferson County Jail
5030 Hwy 69 S
Beaumont, TX 77705

Wayln G. Thompson
Assistant District Attorney
Jefferson County Courthouse
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          09-15-00027-CR
          Trial Court Case      36429 and 36678
          Number:

**Style:**   In Re Herbert Feist

The Relator's Petition for Writ of Mandamus in the above styled and numbered cause was filed this date.

Sincerely,

CAROL ANNE HARLEY
CLERK OF THE COURT

cc:   Jamie Smith (DELIVERED VIA E-MAIL)
      Judge John Stevens (DELIVERED VIA E-MAIL)

*→ this judge that ask for sancations Now I never filed under cause No. 39295, this Mandamus, with proper cause No. on it prove he is aware of this cause.*

State of Texas
County of Jefferson

## Vertification Affidavit

Judge John Stevens, stated in his Report And Recommendation for Sancations Against me. That I filed habeas corpus M, N, And O, All under Cause No. 39295, Agg. Robbery, 1981

I, stated I filed two writs under 36429 And 36678, unauthorize use of A motor vehicle, And robbery, both in 1978.

I, included A Memorandum of Law, And sent A copy to The Court of Criminal Appeals who have Affixed their stamp, proving the cause I have litigated.

They claim No litigation is pending inspite of trial courts claims writs been constantly filed since 7-1-14, till now.

Attached is their vertification; Why the trial court refuse to hear these writs.

Done on this 3 day of February, 2015

Thank you,

Herbert Feist

Herbert Feist 18805